**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**(HONORABLE RUTH BERMUDEZ MONTENEGRO)**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | Case No. 22CR1293-RBM |
| Plaintiff, | ) | |
| v. | ) | |
| **THOMAS MARCELLO**, | ) | **ORDER TO CONTINUE MOTIONS HEARING** |
| **Defendant.** | ) | |

Good cause appearing, the motions hearing date is continued to October 28, 2022 at 9:00 A.M.  Time is excluded pursuant to 18 U.S.C. § 3161(h)(7) (ends of justice)**.**

**SO ORDERED.**

Dated: 10/4/2022

*[signature]*

**HONORABLE RUTH BERMUDEZ MONTENEGRO**